UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| (1) | TULSA KNOLLWOOD, LLC, | ) | |
| | | ) | |
| | Plaintiff, | ) | |
| | | ) | Case No. 12-CV-527-GKF-TLW |
| vs. | | ) | |
| | | ) | |
| (2) | HARTFORD INSURANCE COMPANY | ) | |
| | OF THE MIDWEST, | ) | |
| | | ) | |
| | Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.Proc. 41(a)(1)(A)(ii), Plaintiff, Tulsa Knollwood, LLC, and Defendant, Hartford Insurance Company of the Midwest, stipulate that this matter is hereby dismissed.

Respectfully Submitted this 30th day of November , 2012.

s/Brian L. Mitchell
Brian L. Mitchell, OBA No. 19529
Neuens Mitchell Freese pllc
Lewis Center Building
2021 S. Lewis Avenue, Suite 660
Tulsa, Oklahoma 74104
Telephone: (918) 749-9334
Facsimile:   (918) 749-9336
bmitchell@neuensmitchell.com

*Attorneys for Plaintiff,*
*Tulsa Knollwood, LLC*

s/  Michael A. Simpson (w/ permission)
John S. Gladd, OBA #12307
Michael A. Simpson, OBA #21083
Atkinson, Haskins, Nellis, Brittingham,
Gladd & Carwile, P.C.
525 S. Main, Suite 1500
Tulsa, Oklahoma 74103
Telephone: 918-582-8877
Facsimile: 918-585-8096
msimpson@ahn-law.com

*Counsel for Defendant,*
*Hartford Insurance Company of the*
*Midwest*

## CERTIFICATE OF FILING

I hereby certify that on November 30, 2012, I electronically transmitted the attached document to the Clerk's office via ECF civil e-filing system for filing and transmittal of a Notice of Electronic Filing to the following:

John S. Gladd, Esq.
Michael A. Simpson, Esq.
Atkinson, Haskins, Nellis, Brittingham,
Gladd & Carwile, P.C.
525 S. Main, Suite 1500
Tulsa, Oklahoma 74103

*Counsel for Defendant,*
*Hartford Insurance Company of the Midwest*

s/ *Brian L. Mitchell*         .
Brian L. Mitchell